# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.  21CR0921-JLS |
|---|---|
| Plaintiff, | ) **ORDER RE JOINT MOTION TO CONTINUE THE MOTION HEARING/TRIAL SETTING** |
| v. | ) |
| LEONEL PENA REYES, | ) |
| Defendants. | ) |

**IT IS HEREBY ORDERED** that the joint motion to continue the motion hearing/trial setting from April 30, 2021 to **June 11, 2021 at 1:30 p.m. is granted**. For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED**.
Dated:  April 21, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge